CHARLES G. STEVENS, et al., as Trustees, etc., Respondents, *v.* JOHN L. MELCHER, et al., Executors, etc., Respondents, and MARIETTA R. STEVENS, Individually and as Executrix, etc., Appellant.

(Argued October 21, 1889; decided November 1, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 9, 1889, which affirmed an order of Special Term denying a motion for a stay.

*George Hoadly* for appellant.

*George Zabriskie* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.